UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RENA JOHNSON**, <br><br> Plaintiff, <br><br> vs. <br><br> **OCWEN LOAN SERVICING, LLC**, <br><br> Defendant. | Civil Case No.: 18-0278 |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2018, I caused a copy of Plaintiff's First Amended Complaint (Docket Entry 9) to be sent to counsel of record below via ECF only :

John I. Houseal, Jr.
6000 Poplar Avenue
Suite 400
Memphis, Tennessee 38119
t: 901.525.1322
f: 901.525.2389
jhouseal@glankler.com

Brenda K. Pannell
6000 Poplar Avenue
Suite 400
Memphis, Tennessee 38119
t: 901.525.1322
f: 901.525.2389
bpannell@glankler.com

Virginia Bell Flynn
Troutman Sanders Building
1001 Haxall Point
15th Floor
Richmond, Virginia 23219
t: 804.697.1200
Virginia.flynn@troutman.com

                                                                                  s/ T. Blaine Dixon
                                                                                  T. Blaine Dixon